# EXHIBIT W

**Argentina Agreement Schedule**

This Agreement Schedule, dated as of date indicated in the signature page forms an integral part of the Master Settlement Agreement dated as of February 8, 2016 between the Republic and the Holder identified in item (i) below (the "Settlement Agreement"). Terms used but not defined in this Agreement Schedule have the meanings given to those terms in the Settlement Agreement.

This Agreement Schedule is being submitted in respect of ☐ Injunction Offer Bonds X Standard Offer Bonds [**check one**] owned (or beneficially owned) by the Holder.

(i) Name and address of Holder

CANTOR FITZGERALD AND COMPANY

110 E 59TH STREET 4TH FLOOR

NEW YORK, NY 10022

Telephone 212-915-1756

Email lmercadante@cantor.com / relias@cantor.com

Contact Person Luke Mercadante / Raphael Elias

(ii) Closing Date

The Closing Date shall be the business day (in Buenos Aires and New York City) that the parties shall agree falling within the Closing Period.

(iii) Closing Period

The Closing Period means the period beginning on the date of this Agreement Schedule and ending 120 days after that date; provided, however, that the Republic may, at its option and by written notice to the Holder, extend the Closing Period for a further period ending not later than 150 days after the date of this Agreement Schedule.

By executing counterparts of this Agreement Schedule in the space provided below and exchanging those counterparts, the parties agree to be bound by the terms of the Settlement Agreement, as completed by the information contained in this Agreement Schedule.

Cantor Fitzgerald & Company

By: Frank Erich Bauer-Rowe

Title: Senior Managing Director
Head of Emerging Markets
Cantor Fitzgerald & Co.

DATE: 2/22/2016

Republic of Argentina

/s/

By: Luis A. Caputo

Title: Secretary of Finance

Attachment -- List of Bonds

(iv)   Settlement Amount

      USD      450,000.00 notional

      EUR      2,186,344.48 notional

      DEM/EUR    566,000.00 notional

      ITL/EUR  20,000,000.00 notional

This Settlement Amount has been reconciled between the Republic and the Holder.

(v)   Termination Date

The Termination Date means the last day of the Closing Period.

(vi)   Additional Undertaking for Holders of Injunction Offer Bonds

*If this Agreement Schedule relates to Injunction Offer Bonds,* the Holder agrees:

At the request of the Republic, the Holder shall submit a motion to the U.S. District Court for the Southern District of New York (or shall join such a motion if submitted by other holders of defaulted Argentine bonds) requesting that the court permanently lift the *pari passu* injunctions granted to the Holder and certain other holders of defaulted Argentine bonds.

\*    \*                  \*                  \*

## List of Bonds

| Caption of Bond | ISIN Number | Amount of Original Principal Owned by Holder | Legal Action or Arbitration Pending? (give court and docket number) | Monetary Judgment or Arbitral Award Entered? (Y or N) If yes, give original amount and date of judgment/award |
|---|---|---|---|---|
| ARGENT 8 ⅜ 12/20/03 BGLO | US040114AH34 | 89,000 | N | N |
| ARGENT 11 10/09/06 BGL4 | US040114AN02 | 24,000 | N | N |
| ARGENT 15 ½ 12/19/08 2008 | US040114GF14 | 250,000 | N | N |
| ARGENT 12 ⅜ 02/21/12 | US040114GD65 | 87,000 | N | N |
| ARGENT 10 ½ 11/14/02 | DE0001300200 | 215,000 | N | N |
| ARGENT 9 09/19/03 | DE0001340909 | 110,000 | N | N |
| ARGENT 7 03/18/04 | DE0001904308 | 30,000 | N | N |
| ARGENT 11 ¼ 04/10/06 | DE0001319507 | 211,000 | N | N |
| ARGENT 7 03/18/04 MTN2 | XS0080809253 | 20,000,000 | N | N |

Attachment to Agreement Schedule

| | | | | |
|---|---|---|---|---|
| ARGENT 7 ¼ 06/10/02 EMTN | XS0098314874 | 100,000 | N | N |
| ARGENT 9 ¼ 10/21/02 | DE0003527966 | 12,000 | N | N |
| ARGENT 9 06/20/03 | DE0002466208 | 92,000 | N | N |
| ARGENT 7 03/18/04 MAY | XS0096960751 | 47,000 | N | N |
| ARGENT 8 ½ 07/01/04 | DE0003089850 | 20,000 | N | N |
| ARGENT 8 ⅛ 10/04/04 EMTN | XS0109203298 | 51,000 | N | N |
| ARGENT 10 12/07/04 | DE0004500558 | 12,000 | N | N |
| ARGENT 0 12/22/04 EMTN | XS0105224470 | 57,000 | N | N |
| ARGENT 10 01/07/05 EMTN | XS0105694789 | 991,000 | N | N |
| ARGENT 9 04/26/06 | DE0002998952 | 6,000 | N | N |
| ARGENT 10 ¼ 01/26/07 | DE0004509005 | 180,000 | N | N |
| ARGENT 8 02/26/08 | XS0103457585 | 24,017.84 | N | N |
| ARGENT 8 02/26/08 FEB | DE0001974608 | 375,987.88 | N | N |
| ARGENT 8 ¼ 04/21/08 | XS0086333472 | 215,000 | N | N |
| ARGENT 9 07/06/10 | DE0002483203 | 338.76 | N | N |
| ARGENT 8 ⅛ 07/30/10 EMTN | XS0089277825 | 3,000 | N | N |